FILED
JANUARY 24, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED
JANUARY 24, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RILWAN WILSON, | ) | **08 C 523** |
| Plaintiff, | ) No. | |
| vs. | ) Judge | |
| | ) Magistrate Judge | |
| CITY OF CHICAGO, | ) | **JUDGE GOTTSCHALL** |
| Chicago Police Officers | ) | **MAGISTRATE JUDGE ASHMAN** |
| COREY CHAPTON, Star 16262, | ) Jury Demand | |
| VICTOR JOHNSON, Star 19614, | ) | |
| ALBERT ANTONIAZZI, Star 13961, | ) | |
| HANIS MOSI, Star 4382, and | ) | |
| CECIL PHILLIPS III, Star 6657, | ) | |
| Defendants. | ) | |

## COMPLAINT

1. This is an action for money damages brought pursuant to 42 U.S.C. § 1983, and the Fourth and Fourteenth Amendments to the United States Constitution.

2. Jurisdiction for Plaintiff's federal claims is based on 28 U.S.C. §§ 1331 and 1343(a). Jurisdiction for Plaintiff's state claims is based on supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b), in that the claims arose in this district as alleged below.

### Parties

4. Plaintiff is a resident of Chicago, Illinois.

5. Defendant police officers are duly appointed and sworn Chicago police officers. At all times relevant to this Complaint, the Defendant-Officers were acting in the course and scope of their employment, and under color of state law, ordinance and/or regulation.

6. The Defendant-Officers are sued in their individual capacities.

7. The CITY OF CHICAGO is a municipal corporation, duly incorporated under the laws of the State of Illinois, and is the employer and principal of the Defendant-Officers.

### Facts

8. On or about August 19, 2006, Plaintiff was at a house party located at or near 11431 South Yale Avenue in the City of Chicago. This was not Plaintiff's home.

9. At about 9:00 p.m., Defendant-Officers came to the home to execute a search warrant.

10. Plaintiff was not named in the search warrant.

11. Without any legal justification, Defendant-Officers seized Plaintiff at gunpoint and searched him. Nothing was found.

12. Defendant-Officers later falsely claimed that when they arrived they observed Plaintiff on the porch attempting to conceal an unknown object in a plastic bag in his pocket.

13. During the course of the search, Defendant-Officers recovered narcotics for which they falsely claimed were found on Plaintiff.

14. Plaintiff was arrested and charged with possession of ecstasy, a felony.

15. The was not probable cause for such arrest or charges.

16. In the subsequent criminal case on June 6, 2007, Plaintiff prevailed on a motion to quash. (See Cook County Circuit Court case 06 CR 204402.)

17. Based on the false charges Plaintiff was incarcerated from November 2006 until his release on June 6, 2007.

18. Each individual Defendant-Officer acted willfully, wantonly, maliciously, oppressively, and with a conscious disregard and deliberate indifference to Plaintiff's rights.

19. As a direct and proximate result of the acts of the Defendants described above, Plaintiff has suffered and continues to suffer damages including loss of physical liberty, emotional distress, physical pain and suffering, and special damages including lost wages.

## COUNT I
### (42 U.S.C. § 1983 – False Arrest/Imprisonment)

20. Plaintiff realleges paragraphs 1 through 19 as if fully set forth herein.

21. The actions of Defendant-Officers in arresting Plaintiff without any legal justification or probable cause, violated his Fourth Amendment right, as guaranteed by the Fourteenth Amendment, to be free from unreasonable seizures.

WHEREFORE, Plaintiff asks that this Honorable Court:

a) Enter judgment against Defendant-Officers;

b) Award compensatory and punitive damages, as determined at trial;

c) Award attorneys' fees and costs;

d)     Award such other and additional relief that this Honorable Court deems just and equitable.

## COUNT II
### (State Law Claim for Malicious Prosecution)

22. Plaintiff realleges paragraphs 1 through 19 as if fully set forth herein.

23. Defendant-Officers instituted charges against Plaintiff for possession of narcotics.

24. There was not probable cause for such charges.

25. The charges were terminated in a manner favorable to Plaintiff.

WHEREFORE, Plaintiff asks that this Honorable Court:

a)     Enter judgment against Defendant-Officers;

b)     Award compensatory and punitive damages, as determined at trial;

c)     Award costs;

d)     Award such other and additional relief that this Honorable Court deems just and equitable.

## COUNT III
### (State Law *Respondeat Superior* Claim)

26. The acts of the individual Defendant-Officers described in the supplementary state law claims specified above were willful and wanton, and committed in the scope of employment.

27. Pursuant to *respondeat superior*, Defendant CITY OF CHICAGO, as principal, is liable for its agents' actions.

WHEREFORE, Plaintiff demands judgment against Defendant CITY OF CHICAGO, and such other and additional relief that this Honorable Court deems just and equitable.

## COUNT IV
### (Indemnification Claim pursuant to 745 ILCS 10/9-102)

28. The acts of the individual Defendant-Officers described in the above claims were willful and wanton, and committed in the scope of employment.

29. Pursuant to the Illinois Tort Immunity Act, 745 ILCS 10/9-102, Defendant CITY OF CHICAGO is liable for any judgments in this case arising from the actions of the Defendant-Officers.

WHEREFORE, Plaintiff asks that this Honorable Court order Defendant CITY OF CHICAGO to indemnify the Defendant-Officers for any judgment entered in this case arising from their actions.

**Plaintiff demands trial by jury**

                                                  Respectfully submitted,

                                                  /s/ Lawrence V. Jackowiak
                                                  *Counsel for the Plaintiff*

Lawrence V. Jackowiak
Louis J. Meyer
Daniel P. Kiss
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602
(312) 795-9595