**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of | Case Number:   08 C 523 |
| Rilwan Wilson,<br>       Plaintiff, | Honorable Judge Gottschall |
| v. | |
| City of Chicago, et al.,<br>       Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Albert Antoniazzi, Cory Chapton, Victor Johnson, Hanif Mosi, and Cecil Phillips, III, City of Chicago, Defendants.

| | |
|---|---|
| NAME (Type or print)<br>           Matthew R. Hader | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>           s/ Matthew R. Hader | |
| FIRM           City of Chicago, Corporation Counsel's Office | |
| STREET ADDRESS       30 North LaSalle Street, Suite 1400 | |
| CITY/STATE/ZIP<br>           Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>           06284330 | TELEPHONE NUMBER<br>           312.742.9586 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?       YES  X       NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?       YES ☐       NO  X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?       YES ☐       NO  X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?       YES  X       NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |