UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Rilwan Wilson, ) | |
| ) | Case No. 08 C 523 |
| Plaintiff, ) | |
| ) | Judge Gottschall |
| v. ) | |
| ) | Magistrate Judge Ashman |
| CITY OF CHICAGO, Chicago Police Officers ) | |
| Corey Chapton, Star 16262, Victor Johnson, ) | Jury Trail Demand |
| Star 19614, Albert Antoniazzi, Star 13961, ) | |
| Hanis Mosi, Star 4382, and Cecil Phillips III, ) | |
| Star, 6657, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO
## EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

Defendants, Albert Antoniazzi, Cory Chapton, Victor Johnson, Hanif Mosi, and Cecil Phillips, III ("Defendant Officers"), and Defendant City of Chicago ("Defendant City") by and through one of their attorneys, Matthew R. Hader, Assistant Corporation Counsel for the City of Chicago, respectfully requests this Honorable Court to enlarge the time, up to and including April 25, 2008, in which to answer or otherwise plead to the Complaint. In support of this motion, Defendants state:

1. This matter was filed by the Plaintiff on January 24, 2008.

2. Summons and Complaint were served on Defendant Antoniazzi on February 26, 2008. Summons and Complaint were served on Defendant Chapton on February 25, 2008. Summons and Complaint were served on Defendant Hanif on February 26, 2008. Summons and Complaint were served on Defendant Johnson on February 26, 2008. Summons and Complaint were served on Defendant Phillips on February 23, 2008. Summons and Complaint were served on the City of Chicago on February 15, 2008.

3. The undersigned filed an appearance for the Defendant Officers on this day, March 25, 2008.

4. Defendant Officers' answers or other responsive pleading were due on or about March 14-17, 2008. Defendant City's answer or other responsive pleading was due on or around March 6, 2008.

5. The undersigned has not yet been able to review materials pertinent to the allegations in order to be able to file an Answer or other responsive pleading. Nor has the undersigned been able to meet with the defendants to discuss the Complaint or a responsive pleading.

6. The Defendants request that the time to answer or file a responsive pleading to the Complaint be extended thirty days, up to and including April 25, 2008.

7. This motion is Defendants first request for an extension of time to answer or otherwise plead. Such a request is not intended to unduly delay the resolution of the disputed issues.

**WHEREFORE**, Defendants Albert Antoniazzi, Cory Chapton, Victor Johnson, Hanif Mosi, and Cecil Phillips, III, and the City of Chicago respectfully requests that they be given until April 25, 2008, to answer or otherwise plead to plaintiffs' Complaint.

Respectfully submitted,

 s/ Matthew R. Hader_____
MATTHEW R. HADER
Assistant Corporation Counsel

30 North La Salle Street
Suite 1400
Chicago, Illinois 60602
(312) 742-9586
matt.hader@cityofchicago.org
Atty. No. 06284330

2

**CERTIFICATE OF SERVICE**

I, Matthew R. Hader, hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF MOTION** and **DEFENDANTS' MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD,** to be sent via e-filing to the person(s) named in the foregoing Notice, a "Filing User" pursuant to Case Management/Electronic Case Files, on March 25, 2008, in accordance with the rules on electronic filing of documents.

                                                             s/ Matthew R. Hader
                                                             MATTHEW R. HADER
                                                             Assistant Corporation Counsel