UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Rilwan Wilson, | ) |
| | ) Case No. 08 C 523 |
| Plaintiff, | ) |
| | ) Judge Gottschall |
| v. | ) |
| | ) Magistrate Judge Ashman |
| CITY OF CHICAGO, Chicago Police Officers | ) |
| Corey Chapton, Star 16262, Victor Johnson, | ) Jury Trail Demand |
| Star 19614, Albert Antoniazzi, Star 13961, | ) |
| Hanis Mosi, Star 4382, and Cecil Phillips III, | ) |
| Star, 6657, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF MOTION**

TO:   Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, IL 60602
(312) 795-9595

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Gottschall, or before such other Judge sitting in her place or stead, on the 27th day of March, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard and then and there present the attached Motion.

**DATED** at Chicago, Illinois this 25th day of March, 2008.

Respectfully Submitted,

 s/ Matthew R. Hader
MATTHEW R. HADER
Assistant Corporation Counsel

30 North La Salle St., Ste. 1400
Chicago, Illinois 60602
312.742.9586
Atty. No. 06284330