UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Rilwan Wilson
                    Plaintiff,
v.                                              Case No.: 1:08−cv−00523
                                                Honorable Joan B. Gottschall
City Of Chicago, et al.
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 26, 2008:

MINUTE entry before Judge Honorable Joan B. Gottschall: MOTION by Defendants Hanis Mosi, Cecil Phillips, III, City Of Chicago, Corey Chapton, Victor Johnson, Albert Antoniazzi for extension of time to file answer regarding complaint by 4/25/08 [16] is granted. Status hearing held on 3/26/2008. ( Status hearing set for 5/21/2008 at 09:30 AM.) Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.