UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Rilwan Wilson, | ) | |
| | ) | Case No. 08 C 523 |
| Plaintiff, | ) | |
| | ) | Judge Gottschall |
| v. | ) | |
| | ) | Magistrate Judge Ashman |
| CITY OF CHICAGO, Chicago Police Officers | ) | |
| Corey Chapton, Star 16262, Victor Johnson, | ) | Jury Trial Demanded |
| Star 19614, Albert Antoniazzi, Star 13961, | ) | |
| Hanis Mosi, Star 4382, and Cecil Phillips III, | ) | |
| Star, 6657, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:   Lawrence V. Jackowiak
      Law Offices of Lawrence V. Jackowiak
      20 North Clark Street, Suite 1700
      Chicago, IL 60602
      (312) 795-9595

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' ANSWER, DEFENSES, AND JURY DEMAND TO PLAINTIFF'S COMPLAINT,** a copy of which is attached hereto and herewith served upon you.

**DATED** at Chicago, Illinois this 25th day of April, 2008.

Respectfully Submitted,

  s/ Matthew R. Hader
MATTHEW R. HADER
Assistant Corporation Counsel

30 North La Salle Street
Suite 1400
Chicago, Illinois 60602
(312) 742-9586
matt.hader@cityofchicago.org
Atty. No. 06284330