UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Rilwan Wilson
                      Plaintiff,

v.                                                  Case No.: 1:08−cv−00523
                                                    Honorable Joan B. Gottschall

City Of Chicago, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall: Status hearing held on 5/21/2008. ( Discovery ordered closed by 9/18/2008.) This case is referred to Magistrate Judge Ashman for settlement conference and discovery supervision. Magistrate Judge Ashman has full authority to set and reset discovery deadlines. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.