**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Rilwan Wilson
                     Plaintiff,

v.                                                     Case No.: 1:08–cv–00523
                                                     Honorable Joan B. Gottschall

City Of Chicago, et al.
                     Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Martin C. Ashman for the purpose of holding proceedings related to: discovery supervision and settlement conference.(rj, )Mailed notice.

Dated: May 21, 2008

                                                                               /s/ Joan B. Gottschall

                                                                          United States District Judge