

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
Sep 2, 2008
SEP 0 2 2008

MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| RILWAN WILSON, ) | |
| Plaintiff, ) | |
| vs. ) | No. 08 C 523 |
| CITY OF CHICAGO, Chicago Police Officers ) COREY CHAPTON, Star 16262, VICTOR ) JOHNSON, Star 19614, ALBERT ) ANTONIAZZI, Star 13961, HANIS MOSI, ) Star 4382, and CECIL PHILLIPS III, Star ) 6657, ) | Magistrate Judge Ashman  Jury Demand |
| Defendants. ) | |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Respectfully submitted,

_(signature)_
Daniel P. Kiss
Attorney for plaintiff,
Rilwan Wilson,
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602
(312) 795-9595
Attorney No. 6256241

DATE: August 20, 2008

_(signature)_
Anne K. Preston
Assistant Corporation Counsel
Attorney for defendants,
Cory Chapton, Victor Johnson, Albert Antoniazzi,
Hanif Mosi, Cecil Phillips III, and City of Chicago,
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-4045
Attorney No. 06287125

DATE: 8/25/08

08 C 523