

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RILWAN WILSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 08 C 523 ) |
| CITY OF CHICAGO, Chicago Police Officers COREY CHAPTON, Star 16262, VICTOR JOHNSON, Star 19614, ALBERT ANTONIAZZI, Star 13961, HANIS MOSI, Star 4382, and CECIL PHILLIPS III, Star 6657, | ) ) Magistrate Judge Ashman ) ) ) Jury Demand ) |
| Defendants. | ) |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Rilwan Wilson, by one of his attorneys, Daniel P. Kiss, and defendants, Albert Antoniazzi, Cory Chapton, Victor Johnson, Hanif Mosi, and Cecil Phillips III, by one of their attorneys, Anne K. Preston, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Rilwan Wilson, against defendants, City of Chicago, Albert Antoniazzi, Cory Chapton, Victor Johnson, Hanif Mosi, and Cecil Phillips III, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: _____
The Honorable Martin C. Ashman
United States Magistrate Judge

Anne K. Preston
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-4045
Attorney No. 06287125

DATED: SEP 03 2008